Marc S. Friedman
SNR DENTON US LLP
101 JFK Parkway
Short Hills, New Jersey 07078
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CCP SYSTEMS AG,<br><br>                    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CORP., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG NETWORKS, INC.<br>and IBM CORPORATION,<br><br>                    Defendants. | **DOCUMENT ELECTRONICALLY FILED**<br><br>Civil Action No: 09-CV-4354 (DMC) (JAD)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF MARC S. FRIEDMAN** |

PLEASE TAKE NOTICE that the appearance of Marc S. Friedman, an attorney with the law firm SNR Denton US LLP, on behalf of Plaintiff CCP Systems AG, is hereby withdrawn.

Dated:  May 26, 2011

                                                                 SNR DENTON US LLP

                                                                       s/Marc S. Friedman
                                                                  Marc S. Friedman
                                                                 101 JFK Parkway
                                                                  Short Hills, New Jersey 07078
                                                                  Telephone: (212) 768-6700
                                                                  Facsimile:  (212) 768-6800

- 2 -

TO:    Jeffrey Greenbaum, Esq.    Simon Frankel, Esq.
Stuart Mark Feinblatt, Esq.    Covington & Burling, LLP
Vincent R. Lodato, Esq.    One Front Street
Sills Cummis & Gross P.C.    San Francisco, California 94111
One Riverfront Plaza
Newark, New Jersey 07102

Robert J. Schoenberg    Michael E. Patunas
Riker Danzig Scherer Hyland & Perreti    Lite DePalma Greenberg, LLC
Headquarters Plaza    Two Gateway Center, 12th Floor
1 Speedwell Avenue    Newark, New Jersey 07102
Morristown, NJ 07662

William H. Narwold
Motley Rice LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103