Marc S. Friedman
SNR DENTON US LLP
101 JFK Parkway
Short Hills, New Jersey 07078
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CCP SYSTEMS AG,<br><br>                              Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CORP., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG NETWORKS, INC.<br>and IBM CORPORATION,<br><br>                              Defendants. | **DOCUMENT ELECTRONICALLY FILED**<br><br>Civil Action No: 09-CV-4354 (DMC) (JAD)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF BENITO DELFIN, JR.** |

PLEASE TAKE NOTICE that the appearance of Benito Delfin, Jr, an attorney with the law firm SNR Denton US LLP and admitted *pro hac vice* on behalf of Plaintiff CCP Systems AG, is hereby withdrawn.

Dated:  May 26, 2011

SNR DENTON US LLP

       s/Marc S. Friedman
Marc S. Friedman
101 JFK Parkway
Short Hills, New Jersey 07078
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800

- 2 -

TO:    Jeffrey Greenbaum, Esq.    Simon Frankel, Esq.
Stuart Mark Feinblatt, Esq.    Covington & Burling, LLP
Vincent R. Lodato, Esq.    One Front Street
Sills Cummis & Gross P.C.    San Francisco, California 94111
One Riverfront Plaza
Newark, New Jersey 07102

Robert J. Schoenberg    Michael E. Patunas
Riker Danzig Scherer Hyland & Perreti    Lite DePalma Greenberg, LLC
Headquarters Plaza    Two Gateway Center, 12th Floor
1 Speedwell Avenue    Newark, New Jersey 07102
Morristown, NJ 07662

William H. Narwold
Motley Rice LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103