Marc S. Friedman
SNR DENTON US LLP
101 JFK Parkway
Short Hills, New Jersey 07078
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CCP SYSTEMS AG,<br><br>                              Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CORP., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG NETWORKS, INC.<br>and IBM CORPORATION,<br><br>                              Defendants. | **DOCUMENT ELECTRONICALLY FILED**<br><br>Civil Action No: 09-CV-4354 (DMC) (JAD)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF REBECCA S. STRODER** |

PLEASE TAKE NOTICE that the appearance of Rebecca S. Stroder, an attorney with the law firm SNR Denton US LLP and admitted *pro hac vice* on behalf of Plaintiff CCP Systems AG, is hereby withdrawn.

Dated: May 26, 2011

SNR DENTON US LLP

        s/Marc S. Friedman
Marc S. Friedman
101 JFK Parkway
Short Hills, New Jersey 07078
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800

- 2 -

| | | |
|---|---|---|
| TO: | Jeffrey Greenbaum, Esq.<br>Stuart Mark Feinblatt, Esq.<br>Vincent R. Lodato, Esq.<br>Sills Cummis & Gross P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102 | Simon Frankel, Esq.<br>Covington & Burling, LLP<br>One Front Street<br>San Francisco, California 94111 |
| | Robert J. Schoenberg<br>Riker Danzig Scherer Hyland & Perreti<br>Headquarters Plaza<br>1 Speedwell Avenue<br>Morristown, NJ 07662 | Michael E. Patunas<br>Lite DePalma Greenberg, LLC<br>Two Gateway Center, 12th Floor<br>Newark, New Jersey 07102 |
| | William H. Narwold<br>Motley Rice LLC<br>One Corporate Center<br>20 Church St., 17th Floor<br>Hartford, CT 06103 | |