Marc S. Friedman
SNR DENTON US LLP
101 JFK Parkway
Short Hills, New Jersey 07078
Telephone: (212) 768-6700
Facsimile:  (212) 768-6800

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CCP SYSTEMS AG,<br><br>                    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CORP., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG NETWORKS, INC.<br>and IBM CORPORATION,<br><br>                    Defendants. | **DOCUMENT ELECTRONICALLY FILED**<br><br>Civil Action No: 09-CV-4354 (DMC) (JAD)<br><br>**CERTIFICATE OF SERVICE** |

        I hereby certify that on May 26, 2011, I caused to be filed: 1) Notice of Withdrawal of Appearance of Marc S. Freidman; 2) Notice of Withdrawal of Appearance of Benito Delfin, Jr; and 3) Notice of Withdrawal of Appearance of Rebecca S. Stroder, through Notice of Electronic Filing pursuant to Local Rule 5.2 on all counsel of record.

Dated:  Short Hills, New Jersey
           May 26, 2011

                                                                        By:      s/ Marc S. Friedman